IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS R. BARKER,

    **Plaintiff,**

 -vs-

ARTCO, INC., a/k/a American River
Transportation, Inc.,

    **Defendants.**                        NO. 11-CV-237-DRH

## ORDER

**HERNDON, Chief Judge:**

    Pending before the Court is the parties' stipulation of dismissal with prejudice (Doc. 35). Based on the stipulation, the Court **DISMISSES with prejudice** this cause of action with each party to bear its own costs. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

    **IT IS SO ORDERED.**

    Signed this 4th day of September, 2012.

Digitally signed by
David R. Herndon
Date: 2012.09.04
16:59:17 -05'00'

                                                  **Chief Judge**
                                                  **United States District Cour**