IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS R. BARKER,

    Plaintiff,

-vs-

ARTCO, INC., a/k/a American River
Transportation, Inc.,

    Defendants.                        NO. 11-CV-237-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 4, 2012, this case is **DISMISSED** with prejudice.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                BY:      /s/*Sandy Pannier*
                                                           Deputy Clerk

Dated: September 4, 2012

Digitally signed by David R. Herndon
Date: 2012.09.04 17:01:03 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT